# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Wave Petroleum Operating, LLC, | ) |
| Plaintiff, | ) **ORDER RE STATUS CONFERENCE** |
| vs. | ) |
| New IPT, Inc., | ) |
| Defendant. | ) Case No. 1:19-cv-272 |

A status conference will be held before the magistrate judge on October 6, 2020, at 9:30 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 4th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court