# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Wave Petroleum Operating, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| New IPT, Inc., | ) |
| Defendant and Third-Party Plaintiff, | ) |
| vs. | ) Case No. 1:19-cv-272 |
| Liberty Resources II, LLC d/b/a Liberty Resources, LLC; Liberty Oilfield Services, LLC; and Ed Cooper Consulting, Inc., | ) |
| Third-Party Defendants. | ) |

On February 3, 2021, the parties filed a Stipulation to Amend Joint Proposed Scheduling/Discovery Plan and to vacate and Reset Trial. The court **ADOPTS** the parties' stipulation (Doc. No. 52) and amends the pretrial deadlines as follows:

1. The parties shall have until **February 15, 2021**, to make Rule 26(a)(1) disclosures.

2. The parties shall have until **March 31, 2021**, to move to join additional parties.

3. The parties shall have until **April 30, 2021**, to amend pleadings to add claims or defenses, including claims for punitive damages.

4. The parties shall have until **May 31, 2021**, to file other nondispositive motions (e.g., consolidation, bifurcation).

5. The parties shall have until **June 30, 2021**, to file threshold motions (e.g.,

1

      jurisdiction, qualified immunity, statute of limitations).  Discovery shall not be stayed during the pendency of such motions.

6.     The parties shall have until **August 31, 2021**, to complete fact discovery and to file discovery motions

7.     The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a..     Wave by **May 31, 2021**;

    b.     New IPT by **June 30, 2021**; and

    c.     Liberty Oilfield and Ed Cooper by **July 30, 2021.**

8.     The parties shall have until **August 31, 2021**, to complete discovery depositions of expert witnesses.

11     The parties shall have until **September 30, 2021**, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference scheduled for September 14, 2021, shall be rescheduled for **February 22, 2022**, at 9:00 a.m. before the magistrate judge by telephone.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.  The jury trial set for September 27, 2021, shall be reschedule for **March 7, 2022**, at 9:00 a.m. in Bismarck before Judge Traynor.  A six (6) day trial is anticipated.

    **IT IS SO ORDERED.**

    Dated this 4th day of February, 2021.

                                    */s/ Clare R. Hochhalter*
                                    Clare R. Hochhalter, Magistrate Judge
                                    United States District Court