IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Wave Petroleum Operating, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| vs. | ) | **TO AMEND THE JOINT PROPOSED** |
| | ) | **SCHEDULING/DISCOVERY PLAN** |
| New IPT, Inc., | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Liberty Oilfield Services, LLC, and | ) | Case No. 1:19-cv-272 |
| Ed Cooper Consulting, Inc., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

On May 17, 2021, the parties filed a Second Stipulation to Amend the Joint Proposed Scheduling/Discovery Plan and to Vacate and Reset Trial. The court **ADOPTS** the parties' stipulation (Doc. No. 60) and amends the pretrial deadlines as follows:

1. The parties shall have until December 31, 2021, to complete fact discovery and to file any discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Wave by September 30, 2021;

    b. New IPT by October 31, 2021; and

    c. Liberty Oilfield and Ed Cooper by November 30, 2021.

3. The parties shall have until December 31, 2021, to complete discovery depositions

1

of expert witnesses.

4. The parties shall have until February 28, 2022, to file dispositive motions. The final pretrial conference scheduled for February 22, 2022, shall be rescheduled for September 13, 2022, at 9:00 a.m. before the magistrate judge by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for March 7, 2022, at 9:00 a.m. shall be rescheduled for September 26, 2022, at 9:00 a.m. in Bismarck before Judge Traynor. A six (6) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court