# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Wave Petroleum Operating, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| New IPT, Inc., | ) |
| Defendant and Third-Party Plaintiff, | ) |
| vs. | ) Case No. 1:19-cv-272 |
| Liberty Oilfield Services, LLC; and Ed Cooper Consulting, Inc., | ) |
| Third-Party Defendants. | ) |

On September 28, 2021, the parties filed a "Second Stipulation to Amend the Joint Proposed Scheduling/Discovery Plan and to Vacate and Reset Trial." The court **ADOPTS** the parties' stipulation (Doc. No. 68) and amends the pretrial deadlines as follows:

1. The deadlines to name expert witnesses and complete reports are as follows:

    a. June 30, 2022, for Plaintiff;

    b. July 31, 2022, for Defendant and Third-Party Plaintiff; and

    c. August 31, 2022, for Third-Party Defendants.

2. The parties shall have until October 31, 2022, to complete fact and expert discovery and file any discovery motions.

3. The parties shall have until December 31, 2022, to file dispositive motions (summary judgment as to all or part of the case).

1

The final pretrial conference scheduled for September 13, 2022, shall be rescheduled for October 3, 2023, at 9:00 AM before the magistrate judge by telephone.  To participate in the conference, the parties are to call (877) 810-9415 and enter access code 8992581.  The jury trial scheduled for September 26, 2022, shall be rescheduled for October 16, 2023, at 9:00 AM in Bismarck before Judge Hovland.  A six (6) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
